

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00170-CV

| | | |
|---|---|---|
| CRUZ VENZOR AND JUANA MUNOZ, Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-306116-19) |
| V. | § | November 21, 2019 |
| AMG BT NOTE ONE, LLC AND AUGUST REI HOLDINGS, LLC, Appellees | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM